UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSTER LEE,<br><br>        Petitioner,<br><br>   v.<br><br>ROBERT NEUSCHMID,<br><br>        Warden. | No. 2:18-cv-03039-GGH<br><br>ORDER |

     Petitioner filed his petition for writ on November 19, 2018, in the Fresno Division of the Eastern District of California. ECF No. 1. On November 26, a magistrate judge transferred the case to this division. ECF No. 2. Petitioner has neither paid the filing fee required by the court and nor has he filed an application to proceed in forma pauperis ("IFP").

     The court has reviewed plaintiff's petition and finds that he may be entitled to relief if one or more of the claimed violations of constitutional rights is proved. Respondent will therefore be directed to file a response to petitioner's habeas petition.

     In accordance with the above, IT IS HEREBY ORDERED that:

     1.    Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, 28 U.S.C. foll. § 2254. An answer shall be

accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, 28 U.S.C. foll. § 2254.  **If the record is less than 500 pages, respondent may (and is encouraged to) file the record in electronic format in lieu of a paper record**;

2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter;

4. The Clerk of the Courts shall serve a copy of this Order, the form Consent to Proceed Before a United States Magistrate Judge, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Tami Krenzin, Senior Assistant California Attorney General.

5. The Clerk of the Court shall provide petitioner with a copy of the In Forma Pauperis Application used in this district court and plaintiff shall either submit the completed form or pay the required filing fee within 30 days of the issuance of this Order.

**IT IS SO ORDERED.**

Dated: November 30, 2018

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE