UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBSTER LEE,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT NEUSCHMID,<br><br>    Respondent. | No. 2:18-cv-03039 GGH P<br><br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, has now filed an application to proceed in forma pauperis. ECF No. 7. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

    In accordance with the above, IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis, ECF No. 7, is granted.

Dated: January 18, 2019

                                   /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE